# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| BRIAN CARROLL and ASHLEY CARROLL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 6:20-cv-00028-PGB-LRH ) |
| WYNDHAM VACATION RESORTS, INC., and COMENITY LLC d/b/a COMENITY BANK, | ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANT COMENITY, LLC'S
## CORPORATE DISCLOSURE STATEMENT

**COMES NOW** Defendant Comenity, LLC, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and makes the following Corporate Disclosure Statement:

1. Comenity, LLC is a wholly-owned subsidiary of ADS Alliance Data Systems, Inc.

2. ADS Alliance Data Systems, Inc. is a wholly-owned subsidiary of Alliance Data Systems Corporation.

3. Alliance Data Systems Corporation (NYSE:ADS) is a publicly traded corporation on the New York Stock Exchange.

Respectfully submitted this 27th day of January, 2020.

    /s/ *Zachary D. Miller*
Zachary D. Miller (FL Bar # 95669)
Sarah R. Craig (FL Bar # 99359)

**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3216
Facsimile: (615) 724-3316

42871971 v1

zmiller@burr.com

201 North Franklin Street, Suite 3200
Tampa, Florida  33602
Telephone:	(813) 221-2626
Facsimile:	(813) 221-7335
scraig@burr.com

Attorneys for Defendant
COMENITY, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following counsel of record by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, facsimile, or e-mail on this the 27th day of January, 2020:

James L. Kauffman
Bailey & Glasser LLP
1055 Thomas Jefferson Street, N.W., Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 342-2103
jkauffman@baileyglasser.com

Darren R. Newhart
721 US Highway 1, Suite 201
North Palm Beach, FL 33408
Telephone: (561) 822-3446
Facsimile: (305) 574-0132
darren@cloorg.com

Christopher W. Legg
Christopher W. Legg, P.A.
499 E. Palmetto Park Rd., Ste. 228
Boca Raton, FL 33432
Telephone: (954) 962-2333
chris@theconsumerlawyers.com

   /s/ Zachary D. Miller
   OF COUNSEL